UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
12-1-2016
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

SALIH ZEKI UCES

CASE NO. 3:16-cr-182-J-34 PDB
Ct. 1:       18 U.S.C. § 1204

INDICTMENT

The Grand Jury charges:

COUNT ONE

Beginning on or about September 16, 2016, until on or about November 10, 2016, in the Middle District of Florida, and elsewhere, the defendant,

SALIH ZEKI UCES

did remove a child from the United States and retain a child outside of the United States with the intent to obstruct the lawful exercise of another person's parental rights.

All in violation of 18 U.S.C. § 1204.

A TRUE BILL,

_____
Foreperson

A. LEE BENTLEY, III
United States Attorney

By: _____
LAURA COFER TAYLOR
Assistant United States Attorney

By: _____
Julie Hackenberry
Assistant United States Attorney
Chief, Jacksonville Division

FORM OBD-34
APR 1991

No. _____

# UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

SALIH ZEKI UCES

## INDICTMENT

Violations: 18 U.S.C. § 1204

A true bill,

_____
Foreperson

Filed in open court this 1st day

of December, 2016.

_____ Clerk

Bail $ _____

GPO 863 525